Darryl E. Young, SBN #255894
THE LAW OFFICES OF DARRYL E. YOUNG,
7041 Koll Center Pkwy, Ste. 255
Pleasanton, California, 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant Lorraine Renteria

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORRAINE RENTERIA,<br><br>Defendant. | No. 1:24-CR-00055-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DARRYL YOUNG AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |

On March 15, 2024, Defendant Lorraine Renteria received an arrest notification for warrant for an Indictment. CJA Panel Attorney Darryl Young was appointed to represent Ms. Renteria on her criminal case. Ms. Renteria was sentenced pursuant to a plea on December 2, 2024. The time for filing a direct appeal was April 8, 2025. No direct appeal was filed. Ms. Renteria was out of custody at sentencing. The trial phase of Ms. Renteria's criminal case has, therefore, come to an end. Having completed his representation of Ms. Renteria, CJA attorney Darryl Young now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Renteria require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1 | Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2 | free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.
3 | Dated:  April 9, 2025                               Respectfully submitted,

                                                     /s/Darryl Young
                                                     Attorney's Name, Attorney for
                                                     Defendant, Lorraine Renteria

# [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Darryl Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Lorraine Renteria at the following address and to update the docket to reflect Defendant's pro se status and contact information.

542 South D Street,
Tulare, CA 93274.


IT IS SO ORDERED.

Dated:   **April 10, 2025**

_____
UNITED STATES DISTRICT JUDGE